IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

UNITED STATES OF AMERICA

V                                          CR. NO. 02-0024 ( HHK)

ANTHONY L. HOLMES

### ANTHONY HOLMES' MOTION TO VACATE SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. §2255

Defendant, Anthony Holmes, by and through his counsel, hereby seeks to vacate his judgment and sentence pursuant to 28 USC ---- was denied effective assistance of counsel when respect to the government's plea offer and bene plea verses proceeding to trial with sentencing e

CASE NUMBER 1:06CV00289
JUDGE: Henry H. Kennedy
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 02/17/2006

Attorney. Counsel for the defendant did not explain the impact of the sentencing guidelines and the enhancement papers filed by the government. Defendant also asserts that he was denied effective assistance of counsel when his defense counsel failed to object to the application of sentencing enhancements because the notice was defective since it referred to an individual other than defendant. Alternatively, because the statutory requirements of the notice provision are strictly construed and actual notice will not suffice, the error was plain and not harmless.

WHEREFORE, for all of the forgoing reasons stated and based on the Memorandum in Support of the Motion, the record in the case and the attached affidavit